# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
MAR 14 A 11: 19

---

UNITED STATES OF AMERICA,

V.

# CR 19 0120

RICCI LEE WYNNE,



DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute Cocaine;
18 U.S.C. § 924(d) and 21 U.S.C. § 853 – Criminal Forfeiture

_____
A true bill.

_____
Foreman

Filed in open court this _14th_ day of
_March, 2019_

KAREN L. HOM

_____   Clerk
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warrant_

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 U.S.C. § 922(g)(1): Maximum 10 years' imprisonment, $250,000 fine, three years' supervised release; $100 special assessment
21 U.S.C. § 841(a)(1), 841(b)(1)(C): Maximum 20 years' imprisonment, $1,000,000 fine; minimum 3 years' supervised release; $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Ricci Lee WYNNE

**DISTRICT COURT NUMBER**
CR 19 0120 CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

☒ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIC CHENG

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year 01/10/2019

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2



3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,            )   CR 19 0120 CRB
                                         )
12       Plaintiff,                      )
                                         )   VIOLATIONS:
13       v.                              )   18 U.S.C. § 922(g)(1) – Felon in Possession of a
                                         )   Firearm and Ammunition;
14  RICCI LEE WYNNE,                     )   21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Possession
                                         )   with Intent to Distribute Cocaine;
15       Defendant.                      )   18 U.S.C. § 924(d) and 21 U.S.C. § 853 – Criminal
                                         )   Forfeiture
16  _____)

17                                      INDICTMENT

18  The Grand Jury charges:

19  COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

20       On or about January 10, 2019, in the Northern District of California, the defendant

21                                      RICCI LEE WYNNE,

22  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,

23  did knowingly possess a firearm and ammunition, specifically, one Glock 9mm Model 19 semiautomatic

24  pistol bearing serial number PLB030 and approximately twelve rounds of Winchester 9mm ammunition,

25  in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section

26  922(g)(1).

27  //

28  //

INDICTMENT                                    1

COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine)

On or about January 10, 2019, in the Northern District of California, the defendant

RICCI LEE WYNNE,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, specifically, cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(C).

FORFEITURE ALLEGATION: (18 U.S.C. § 924, 21 U.S.C. § 853 – Criminal Forfeiture)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of any offense alleged in Count One of this Indictment, the defendant,

RICCI LEE WYNNE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any right, title, and interest in any firearm and ammunition involved in or used in any violation of said offenses, including but not limited to:

    a. one Glock 9mm Model 19 semiautomatic pistol bearing serial number PLB030; and

    b. all ammunition seized with or in the above firearm, including approximately twelve rounds of Winchester 9mm ammunition.

Upon conviction for any offense alleged in Count Two of this Indictment, the defendant,

RICCI LEE WYNNE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any right, title, and interest in any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, to commit or to facilitate the commission of such violation, including but not limited to the following property:

    a. one Glock 9mm Model 19 semiautomatic pistol bearing serial number PLB030;

    b. all ammunition seized with or in the above firearm, including approximately twelve rounds of Winchester 9mm ammunition; and

INDICTMENT            2

      c. approximately $6,185 in cash seized from the defendant on or about January 10, 2019.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to or deposited with, a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: March 14, 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
HELEN GILBERT
General Crimes Deputy Chief,
Criminal Division

(Approved as to form: _____ )
                           Eric Cheng
                           Assistant United States Attorney

INDICTMENT                  3