# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: June 25, 2019                              Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 9 Minutes
Case No.: CR19-0120-1 CRB
Case Name:  USA v. Ricci Lee Wynne (Present) (Custody)

Attorney(s) for Government: Eric Cheng
Attorney(s) for Defendant(s): Gail Shifman
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

The defendant was sworn.  Plea Agreement signed and filed in open court. Defendant plead guilty to Counts 1 and 2 of the Indictment.  Sentencing hearing set for December 11, 2019 at 10:00 a.m.  Defendant remanded into the custody of the U. S. Marshal.