Gail Shifman – SBN 147334
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
gail@shifmangroup.com

Counsel for Defendant
RICCI WYNNE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-19-0120 CRB |
| ) | |
| Plaintiff, ) | |
| ) | **ADMINISTRATIVE MOTION AND** |
| v. ) | **[PROPOSED] ORDER TO FILE** |
| ) | **EXHIBIT A OF DEFENDANT'S** |
| RICCI WYNNE, ) | **SENTENCING MEMORANDUM UNDER** |
| ) | **SEAL** |
| Defendant. ) | |
| ) | |

    PLEASE TAKE NOTICE that defendant Ricci Wynne, by and through counsel, hereby moves for an Order sealing the following exhibit of Defendant's Sentencing Memorandum:

    EXHIBIT A: Defendant's Psychological Evaluation Report

    This application is made on the grounds that the exhibit is sealable within the meaning of Criminal Local Rule 56-1(b) because it is subject to a protective order that requires under seal

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**                                                              **1**

filing. Good cause exists to seal this document from the public because it relates to Mr. Wynne's medical and psychological information. Therefore, undersigned counsel seeks an Order from this Court sealing the aforementioned exhibit.

Dated:  June 8, 2021                               Respectfully submitted,


                                                            /s/ *Gail Shifman*
                                                          GAIL SHIFMAN

                                                          Attorneys for Defendant
                                                          RICCI WYNNE


### [PROPOSED] ORDER

This matter having come before the Court upon the Application of the Defendant, and Good Cause existing for the Sealing of this document,

IT IS ORDERED that Exhibit A to Defendant's Sentencing Memorandum shall be filed under seal.

Dated:  June ___, 2021                              _____
                                                               CHARLES R. BREYER
                                                               Senior United States District Court Judge