## ALAMEDA COUNTY Behavioral Health Care Services

### PLAN

| | | | |
|---|---|---|---|
| Plan #: | 10881 | Status: | Authorizing |
| Revision: | 1 | Episode Opening Date: | 8/12/2020 |
| Client: | WYNNE, RICCI L (10095868) | Proposed Start: | 5/17/2021 |
| Client DOB: | 10/17/1985 | Proposed End: | 8/14/2021 |
| Provider: | 8577K0 - OPTIONS RECOV SANTA RITA JAIL | Plan Instructions | |
| Assigned Counselor/Therapist: | 62784 - Becker, Daniel, LCSW | | |
| Primary SUD Diagnoses: | | Additional Diagnoses: | |
| Plan Type: | Initial (new to this RU or client) For RES: initial plan is due 10 days from EOD. NTP: 28 days from EOD. All other SUD programs: 30 days from EOD. | | |

### MY OVERALL STRENGTHS

Ricci has gained insights over the course of his substance use and recovery about things that trigger him to use substances including family stress, unstable housing, past traumas, and recovery environment. He has been very open and amenable to supports offered and has sought out treatment on his own. His goals for treatment are internal and is motivation is to have recovery

### MY GOALS FOR THE FUTURE

#### GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Substance Use Disorder | 5 Relapse/Continued Use/Continued Problem Potential | ☐ |

INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS
Ricci would like to remain sober and refrain from all substance use. He has been sober for 2 years at this time by choice and when drugs are available and present

### CHALLENGES

SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS
Some challenges include a long history of substance use (Ricci stated using substances at age 11), past relapses after treatment, bad experiences in treatment, and a history of trauma that has lead to impulsive decisions that lead to relapse in the past. Ricci has family members who also use substance or who have and are in recovery, this can be triggering at times for him. Ricci is currently in an active Federal criminal case and does not know at this time how long he will be incarcerated.

### CLIENT OBJECTIVES/ACTION STEPS

| Obj#Short-Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. ○ Not Improved ○ Somewhat Improved ○ Very Much Improved |
|---|---|---|

| Obj# | Short-Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci would like to identify appropriate level of care needed since has been able to remain sober for 2 years now. step down services after treatment, emergency support awareness, program that allows him to find employment and build financial stability, having multiple steps to treatment | 12 Weeks | ○ Met  Date:      Initials: |
| 2 | Ricci would like to address his risk to relapse by identifying triggers to relapse and denial patterns. Ricci will identify at least one trigger per month and one denial pattern. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:      Initials: |

## GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Psycho-Social /Family | 6 Recovery Environment | ☐ |

INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS
Ricci would like to strengthen the relationship with his family and have regular and positive communication with them as much as possible. Ricci would also like to increase his sober supports.

## CHALLENGES

SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS
Ricci has two brothers that he cannot have regular contact with due to different lifestyle choices. Ricci has had some traumatic experiences coming from his mother's behavior in the past. In the past some family interactions have been emotionally triggering and have triggered substance use for Ricci. Ricci has limited positive and sober community supports.

## CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short-Term Achievable Objectives/Actions | Target Date (3 months unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci will work independently, with his counselor, and with his case manager to identify triggers that stem from family interactions. Ricci will identify one trigger per month. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:      Initials: |
| 2 | Ricci will work independently to identify the type of support he needs from his family and other in order to manage his recovery and avoid risk or illegal activities. He will identify 2 needs per month. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:      Initials: |
|  | Obj# Short-Term Achievable Objectives/Actions | Target Date (3 months unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial.<br>○ Not Improved<br>○ Somewhat Improved |

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 3 | Ricci will identify coping tools needed to manage triggers from family interactions. Ricci will identify 2 coping tools per month. | 12 Weeks | ○ Very Much Improved<br>○ Met  Date:         Initials: |

## GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Legal | 6 Recovery Environment | ☐ |

INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS

Ricci would like to resolve his legal issues including his current criminal case. He would like to participate in the ATIP or CAP federal sentencing programs. He would also like to pay all of his tickets, get his driver's licenses, and pay all if his DMV fines.

## CHALLENGES

SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS
Ricci is currently on trial for criminal charges and is incarcerated. He is not currently able to address his fines or tickets and he cannot obtain his driver's license at this time.

## CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci will continue to work with his attorney to negotiate his sentencing and to provide updates from his participation in treatment at each court date. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:         Initials: |

## GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Physical Health | 3 Emotional/Behavioral/Cognitive Conditions/Complications | ☐ |

INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS
Ricci would like to reduce the occurrence and impact of depression, anxiety, and feelings of isolation and abandonment.

## CHALLENGES

SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS
Ricci has found that in the past he struggles with anxiety and depression and has used substances in the past to numb or reduce the impact of these feelings. In addition Ricci has found that he has limited supports and that this reminds him of times during childhood when he had little supports. These feelings of isolation and abandonment have impacted his choices including his substance use behavior.

## CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 months unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci will work independently and with his case manager to identify instances where he experiences feelings of depression, anxiety, abandonment, and isolation. He will identify 1 trigger per month. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:         Initials: |
| | Obj# Short–Term Achievable Objectives/Actions | Target Date (3 months unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 2 | Ricci will work with his case manager to develop and employ coping tools to address triggers in order to reduce the impact of symptoms of depression, anxiety, abandonment, and isolation. He will use coping tools in 4 of 5 instances of depression, anxiety, and when feeling isolated. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:         Initials: |

### GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Employment/Education | 4 Readiness to Change | ☐ |

**INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS**
Ricci would like to participate in training with the Union Local 3 in order to get into a career with the union. While in treatment Ricci would like to find full time employment.

### CHALLENGES

**SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS**
Ricci is currently incarcerated and not able to participate in training in the community or apply for employment.

### CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | While incarcerated Ricci will identify the steps needed to enroll in training with the Union Local 3. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:         Initials: |

### GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Spirituality | 4 Readiness to Change | ☐ |

**INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS**
Ricci would like to focus more of his energy on his spiritual growth in order to develop a sense of connectedness and purpose.

### CHALLENGES

**SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS**
Ricci is not able to access community spiritual gatherings. Ricci has limited access to spiritual readings.

### CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 months unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci will use independent time to pray and meditate in order to find more calm and feel more aware of his experiences in order to notice his spiritual connectedness. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:         Initials: |

### GOALS

| DESCRIPTION | ASAM DIMENSION | DEFERRED |
|---|---|---|
| Physical Health | 2 Biomedical Conditions/Complications | ☐ |

### INDIVIDUAL/FAMILY DESIRED RESULTS FROM INTERVENTIONS
Ricci would like to maintain his current physical health.

### CHALLENGES

SPECIFIC CHALLENGES OR FUNCTIONAL IMPAIRMENTS RELATED TO DIAGNOSES' SIGNS & SYMPTOMS
Ricci has limited access to medical care while incarcerated and cannot schedule care at will.

### CLIENT OBJECTIVES/ACTION STEPS

| Obj# | Short–Term Achievable Objectives/Actions | Target Date (3 weeks unless specified) | At Reassessment (Optional) When appropriate indicate level of improvement, date and initial. |
|---|---|---|---|
| 1 | Ricci will request a physical and get one as soon as possible. | 12 Weeks | ○ Not Improved<br>○ Somewhat Improved<br>○ Very Much Improved<br>○ Met  Date:  Initials: |

### PROVIDER SERVICES

| MODALITY | FREQUENCY | DURATION |
|---|---|---|
| Case Management | Every Week and As Needed | 3 Months |
| Collateral | Every Week and As Needed | 3 Months |
| Individual Counseling | Every Week and As Needed | 3 Months |

### DESCRIPTION OF SERVICES FOR EACH MODALITY (include Service Provider Action Steps for each modality)

| MODALITY | Detailed Intervention(s) |
|---|---|
| Case Management | Ricci will receive case management services in order to provide referrals and to help him get connected to other services in the community |
| Collateral | Ricci will receive collateral services in order to have information and support provided to his community and family supports. |
| Individual Counseling | Ricci will receive individual counseling in order to help him address goals, denial patterns, triggers, and other needs. |

### DISCHARGE PLAN

Ricci will be discharged from treatment once he is released from Santa Rita jail and connected to other community treatment, once he is transferred to another incarcerated environment, or once he is released and does not make contact with staff for mother than 30 days

### ADDITIONAL COMMENTS

### AUTHORIZATION SIGNATURES

This plan is to be forwarded to the following for authorization:

N/A

### INDIVIDUAL/FAMILY PARTICIPATION

☑ See progress note dated 4/7/2021 describing development of the plan with Consumer/Client.

**By signing, I agree that I have: 1) participated in the development of, and agreed to, this Plan; and 2) have been offered a copy of this Plan.**

_____ _____
Individual                                                                                      Date


_____ _____
and/or Family/Representative                                                    Date

**Electronically Signed By**
**63756 - Caldwell, Jennifer, AMFT**        5/17/2021                        Inter

**WYNNE, RICCI L (10095868)**
**Printed On 5/17/2021 6:20:34 PM**
ELECTRONIC PROTECTED HEALTH INFORMATION