Good job on reviewing your path and thank you for sharing it with me. I know it is painful to bring those things up again and I want to say how sorry I am that you have been let down by so many people. It's heartbreaking and unfair. Please know that as children we don't really know how to speak up for ourselves when we are in danger. Especially when the danger comes from the people we want to trust the most to keep us safe. None of this was your fault. The obligation to ourselves come when we learn to create something different for our lives.

Unfortunately, there is no going back to correct these injustices. The only thing you can do now is to start from where you are. Right now you have the opportunity to continue to build on what you know about yourself and re-create your life. You have the power to make the change and define how you are going to live your life. You do not ever have to have anyone define you or who you can become. There are people out there who really want to help you succeed.

I encourage you to continue on your sober path by working the program of NA or AA. The steps have changed so many lives and it will change yours too. I know, because it changed mine. While there are many paths to recovery, I think that you will gain the most from being part of a fellowship of people who have been where you have been. The feeling of loneliness that we experience is replaced with a sense of purpose and true friendship. I also encourage you to seek out some professional help in the form of therapy support to deal with the childhood trauma you have experienced and are still experiencing. Therapy can help you understand some of your actions in the present that are linked to the past and help create a plan of support to ease your pain. It can also help you identify and change behavior that is troublesome for you. Until you can get to some meetings in the community I can provide you with work that will help you begin this path if you are interested.

This is hard work and you will not want to do it on most days. No one really rushes into it unless they are as desperate as only the dying can be. As you know from your own experience continuing on in this lifestyle has one ending and it is always the same. Spiritual, mental and physical death. You are worthy of a life you wish to have and you deserve to be happy, successful and loved. One promise I can make to you is, just like hundreds of thousands before you, if you follow the program as it is laid out, you will recover from a seemingly hopeless state of mind and body and you will be just fine.

I think that your letter to the judge is a sincere way to ask for help as well. No matter how it turns out you can continue to seek help on your path to recovery in whatever is next for you. Just remember to ask for help no matter where you are. Closed mouths do not get fed!

- Ms. Allen

five keys schools and programs ★ NABTU ★ MC3

# COMPLETION OF "UNION APPRENTICE FINANCIAL LITERACY"

*awarded to*

Ricci Wynne

*in recognition of
your dedication, passion, and hard work
This is a Completion Certificate only for the chapter listed above*

MC3/NABTU Instructor Tim Blasquez

Date: 1-31-20

five keys schools and programs ★ NABTU ★ MC3

COMPLETION OF "UNION APPRENTICE BUILDING GREEN – SUSTAINABLE CONSTRUCTION"

awarded to

*Ricci Wynne*

in recognition of
your dedication, passion, and hard work
This is a Completion Certificate only for the chapter listed above

MC3/NABTU Instructor *Tim Blasquez*

Date: 12-12-19





# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs
### Career Technical Education Program

This Certificate is Presented to

## Ricci Wynne

*In recognition of successful completion in*

## Substance Abuse

Award Date: 03/06/2020

_Patricia Richard_

Patricia Richard, East Bay Regional Director





# CERTIFICATE of ACHIEVEMENT

**Five Keys Schools & Programs**
Career Technical Education Program

This Certificate is Presented to

**Ricci Wynne**

*In recognition of outstanding achievement in*

**Substance Abuse**

Award Date: 11/15/2019

_Patricia Richard_

Patricia Richard, East Bay Regional Director

