Date: April 8, 2021

From: Fermin Loza

To: Honorable Judge

Re: Ricci Lee Wynne

I would like to thank you for the opportunity to write a letter on behalf of Ricci Lee. I met his mother over 15 years ago so when I met Ricci Lee he was in his teens. He was raised by a single parent though his father would be in and out of his life at times. I understood that all of the boys had a difficult time in there up bring due to both parents being in there addiction and being out of incarceration which led to a significant around of time that the boys were neglected by their parents. All the boys grew up witnessing drugs, and criminal behavior and unfortunately not a lot of good role modeling in their childhood. I met Ricci Lee and he was already using substances and I already had his mindset of what he wanted to do. I attempted to show them another of life but unfortunately he has committed to the fast life. He was able to go to an outside school which he did well in and I believe it was called outward bound. Ricci Lee seem to enjoy this and did well. In the last 15 years of so, Ricci as chosen to live his lifestyle in the fast lane and has found himself getting in and out of trouble and dealing with criminal behaviors, women and Substances that have led him to finally resting point in Santa Rita County Jail. I feel that Ricci Lee has many positive qualities that include being caring especially to his dog, he can be very pleasant and talkative when his head and mind are straight. I believe Ricci Lee has a good heart and my hopes is now that he is married hopefully this will allow him to be a good husband and possibly a father one day so he can be a good role model. Everyone makes mistakes and it does not mean that we give up on the. Ricci Lee has had 2 long years in jail to look at himself probably in more ways than he wants to and to look at the good, bad and the ugly. I know Ricci Lee has made many bad mistake, bad behaviors that have led to negative consequences and yet he has finally admitted that he needs to change his lifestyle and be a good son to his mother. I believe in Ricci Lee that he is committed to change and hopefully if he is allowed to do a Program instead of time he may get an opportunity to continue to change and if not he will be back in front of you. Talk is cheap but actions are golden. I am hoping and asking to please allow Ricci Lee to enter New Bridge or Center Point programming and continue in Aftercare and have an opportunity to show you. I understand prison is a consequence as I am currently working at an Institution in Monterey County as a Program Director of a Substance Use Disorder Treatment Program and see the affects daily of students that have many regrets and hopes to change to reunify with family again. I do believe Ricci Lee has the capabilities to change his lifestyle and would need to continue to recondition his thoughts and thinking daily and continue to seek support as needed to make this changes. As a step farther I committed to assist Ricci Lee and will stay ready for his support at needed in his future and improvement of his quality of life.

Thank you again,

Fermin Loza

# Gail Shifman

**From:** Barbra Loza <herraloza@gmail.com>
**Sent:** April 5, 2021 9:56 AM
**To:** Gail Shifman
**Subject:** Letter for Ricci Lee Wynne

Honorable Charles R. Bryer

I am writing this letter for my son Ricci Lee Wynne. I am his mother Barbra Loza and also a CAP Graduate of April 2017. My personal recommendation for him would be a drug and alcohol residential program, along with mental health therapy.
Ricci Lee has had 2 years in Delancey street residential program that he graduated from in 2016. Delancey street was a WORK program focusing on employment ONLY. Ricci Lee in my opinion WILL NOT benefit from prison. I have spent most of my life in and out of institutions and the only help I received was a free detox from drugs. Ricci Lee has been clean from drugs over 2 years now in county jail awaiting his sentencing. Ricci Lee has had a very "Inhumane" childhood, most of it consisting of drugs, crime, violence, and prostiution. I personally can vouch for a huge part of this. His father died of drug abuse complications in 2016. Ricci Lee was left to care for his younger brothers when it came time for school, food, and support. Ricci Lee managed to graduate from high school living on his own at the age of 17. Ricci Lee has had mental health issues and learning disabilities all through his schooling. He was placed in IEP (individualized education plans) until he graduated from high school.Ricci Lee was awarded Social Security in 2013 for mental disability. I feel that given a chance at the right program, ATIP, CAP, or federal program he would succeed. Ricci Lee has been accepted into New Bridge and Center Point residential programs. Sincerely, Barbra Loza