1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8      USA,                                   Case No.  3:19-cr-00120-CRB-1

9               Plaintiff,

10        v.                                  **RELEASE ORDER**

11     RICCI LEE WYNNE,

12             Defendant.

13        The United States Marshal is hereby directed to release the defendant from custody on

14   June 10, 2021 at 9:00 a.m.  The defendant shall reside at Newbridge Facility as directed by the

15   Pretrial Services Officer.  A sentencing is set for September 1, 2021 at 1:30 p.m.

16        **IT IS SO ORDERED.**

17        Dated: June 9, 2021

18                                            CHARLES R. BREYER
                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California