## PROPOSED ORDER/COVER SHEET

**TO:**      **Honorable Charles R. Breyer**          **RE:**   **Ricci Lee WYNN**
         **U.S. District Judge**

**FROM:**   **Silvio Lugo, Chief**                    **Docket No.:**   **3:19-cr-00120-CRB-1**
         **U.S. Pretrial Services Officer**

**Date:**      **June 9, 2021**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jessica Portillo                                 (510) 637-3755

Pretrial Services Officer                        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒   Modification(s)

   **a)   The defendant shall submit to supervision by U.S. Pretrial Services;**
   **b)   The defendant shall participate in mental health and substance abuse treatment, on a residential basis at New Bridge Foundation and comply with all requirements and restrictions of that program;**
   **c)   The defendant shall not change residence or telephone number without prior approval of Pretrial Services;**
   **d)   The defendant shall not use alcohol and shall not use any narcotics or other controlled substances without a legal medical prescription. (Marijuana is prohibited);**
   **e)   The defendant shall submit to alcohol and drug testing as directed by Pretrial Services**
   **f)   The defendant shall not travel outside the Northern District of California; and**
   **g)   The defendant shall not possess any firearm, destructive device, or other dangerous weapon.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____          June 9, 2021
**JUDICIAL OFFICER**                         **DATE**