# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

777 Sonoma Avenue, Suite 323
Santa Rosa, CA 95404-4731
TEL: (707) 575-3416
FAX: (415) 581-7440

**CHRIS CARRUBBA-KATZ**
CHIEF U.S. PROBATION OFFICER

**JENNIFER JAMES**
DEPUTY CHIEF U.S. PROBATION OFFICER

**AARON TAM**
DEPUTY CHIEF U.S. PROBATION OFFICER



March 21, 2024

The Honorable Charles R. Breyer
Senior United States District Judge

        RE: Wynne, Ricci Lee
        Docket Number: 19CR00120-001 CRB
        **INTERNATIONAL TRAVEL REQUEST**

Your Honor:

On December 15, 2021, Ricci Lee Wynne was sentenced in the Northern District of California to time served followed by three (3) years supervised release for a violation of the following; Count One: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition , a Class C Felony and Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C),  Possession with Intent to Distribute Cocaine, a Class C Felony. The following special conditions were imposed: pay special assessment fee, participate in vocational training; mental health treatment; substance abuse testing and treatment; and search. His term of supervision commenced on December 15, 2021.

Mr. Wynne has requested to travel to Puerto Vallarta, Mexico from April 29, 2024, to May 6, 2024. Mr. Wynne is in compliance with his supervised release conditions. Probation does not oppose his request to travel.

Respectfully submitted,

_____
Laura Triolo
U.S. Probation Officer Specialist

Reviewed by:

_____
Alton P. Dural Jr.
Supervisory U.S. Probation Officer

Travel is:

☒ Approved
☐ Denied

_March 21, 2024_____
Date

_____
The Honorable Charles R. Breyer
Senior United States District Judge