# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Avenue, Suite 17 - 6884
San Francisco, CA 94102
TEL: (415) 436-7541
FAX: (415) 581-7440

| | | |
|---|---|---|
| **CHRIS CARRUBBA-KATZ**<br>CHIEF U.S. PROBATION OFFICER |  | **JENNIFER JAMES**<br>DEPUTY CHIEF U.S. PROBATION OFFICER<br><br>**AARON TAM**<br>DEPUTY CHIEF U.S. PROBATION OFFICER |

September 23, 2024

The Honorable Charles R. Breyer
Senior United States District Judge

                                        RE: Wynne, Ricci Lee
                                        Docket No: 0971 19CR00120-001 CRB
                                        **TRAVEL REQUEST**

Your Honor:

On December 15, 2021, Ricci Lee Wynne was sentenced in the Northern District of California to time served followed by three (3) years supervised release for a violation of the following: Count One: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition, a Class C Felony and Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Cocaine, a Class C Felony. The following special conditions were imposed: pay special assessment fee, participate in vocational training; mental health treatment; substance abuse testing and treatment; and search. His term of supervision commenced on December 15, 2021.

Mr. Wynne has requested to travel to Tokyo, Japan from October 14, 2024, to October 21, 2024. Mr. Wynne is in compliance with his supervised release conditions. Probation does not oppose his request to travel.

Respectfully submitted,                                Reviewed by:

_Razan Ghishan_                                             _Malik Ricard_
Razan Ghishan                                                  Malik Ricard
U.S. Probation Officer                                  U.S. Probation Officer Specialist

Travel is:
☒ Approved
☐ Denied

September 24, 2024                                              _Charles R. Breyer_
Date                                                                 CHARLES R. BREYER
                                                                     United States District Judge