# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Warrant for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Ricci Lee Wynne | **Docket Number**<br>0971 3:19CR00120-001 CRB |
| **Name of Sentencing Judge:** | The Honorable Charles R. Breyer<br>Senior United States District Judge |
| **Date of Original Sentence:** | December 15, 2021 |

**Original Offense:** Count One: Felon in Possession of a Firearm and Ammunition, 8 U.S.C. § 922(g)(1), a Class C felony; Count Two: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony.

**Original Sentence:** Time served; three (3) years supervised release.

**Special Conditions:** $200 special assessment; must participate in vocational training as directed by USPO; participate in a mental health treatment program; expanded search; and participate in a program of testing and treatment for drug abuse.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>December 15, 2021 |
| **Defense Counsel**<br>Gail R. Shifman (Appointed) | **Date Supervision Expires**<br>December 14, 2024 |
| **Assistant U.S. Attorney**<br>Eric Cheng | |

### Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.

I, Razan Ghishan, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or

RE:    Wynne, Ricci Lee                                                                                                    2
       0971 3:19CR00120-001 CRB

electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| Charge One | There is probable cause to believe that the person under supervision violated the mandatory condition which states that he must not commit another federal, state, or local crime. |
| | On or about February 2022 through August 2022, Mr. Wynne violated California Penal Code(s) 261.5(d) – Statutory Rape, a felony; and 287(b)(C) – Oral Copulation with a Minor, a felony. |
| | On November 25, 2024, the Probation Office received San Francisco Incident Report Number 24-729-179, which identified Mr. Wynne as the suspect of a sexual assault of a 15-year-old victim. San Francisco police Sargent Robert Glenn confirmed Mr. Wynne is being investigated for the above-mentioned new law violations. San Francisco Police Department Incident Report Number 220-627-010, has been requested. |
| | Evidence in support of this charge is contained in the San Francisco Police Department Incident Report Number 240-729-179. |
| Charge Two | There is probable cause to believe the person under supervision violated the mandatory condition which states that he must not commit another federal, state or local crime. |
| | On or about November 25, 2024, Mr. Wynne violated California Penal Code(s) 266h(a)- Pimping, a felony; and 266i(a)(1)- Pandering by Procuring, a felony. |
| | On November 24, 2024, at approximately 20:50 hours, Mr. Wynne and his girlfriend were detained by San Francisco Police Officers and Homeland Security Investigation at San Francisco International Airport as part of an ongoing investigation. Several cell phones were located belonging to Mr. Wynne. He provided the passcodes that allowed officers access to these devices. Mr. Wynne's involvement in pimping and pandering was well documented on these devices. Mr. Wynne was often using his reported residence as a location for in calls. |
| | A search was conducted by San Francisco police officers at Mr. Wynne's reported residence. $79,900 in U.S. currency was in a bag in the closet, along with a passport and a California ID belonging to Mr. Wynne. An additional cellphone was located under the bed. |
| | Evidence in support of this charge is contained in the San Francisco Police Department Incident Report Number 240-729-179. |

RE:  Wynne, Ricci Lee  3
0971 3:19CR00120-001 CRB

Charge Three  There is probable cause to believe that the person under supervision violated standard condition number four which states he must follow the instructions of the probation officer.

Mr. Wynne was approved to travel to Miami, Florida on November 19, 2024, returning no later than November 23, 2024. On or about November 23, 2024, Mr. Wynne changed his fight to return a day later without seeking permission from the probation office.

Evidence in support of this charge is contained in the San Francisco Police Department Incident Report Number 240-729-179.

Based on the foregoing, there is probable cause to believe that Ricci Lee Wynne violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,   Reviewed by:

_____   _____
Razan Ghishan   Jennifer Hutchings
U.S. Probation Officer   Supervisory U.S. Probation Officer
Date Signed: November 26, 2024

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[XX]  The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

[ ]  Other:

_November 26, 2024_____   _____
Date   Charles R. Breyer
   Senior United States District Judge

NDC-SUPV-FORM 12C(2)  4/6/2015

**RE:**  Wynne, Ricci Lee 4
0971 3:19CR00120-001 CRB

## APPENDIX

Grade of Violations:  A USSG §7B1.1(a)(1), p.s.

Criminal History at time of sentencing:  VI

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 33 – 41 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Three years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | Three years, less any time in custody upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Authorized | Not Applicable |