ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00120 CRB |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| RICCI LEE WYNNE, | |
| Defendant. | |

    This matter came before the Court on December 2, 4, 16, and 20, 2024 in connection with a petition to revoke the defendant's supervised release ("Form 12"). The defendant was present and represented by counsel. The government moved for detention, including as set forth in a memorandum dated December 15, 2024 (Dkt. No. 65), and the defendant opposed. At the hearings and in the parties' papers, counsel submitted proffers and arguments regarding detention.

    Pursuant to Federal Rules of Criminal Procedure 32.1 and 46(d), which incorporates 18 U.S.C. § 3143(a)(1), "the burden of establishing by clear and convincing evidence that the [defendant] will not flee or pose a danger to any other person or to the community rests with the [defendant]." Fed. R. Crim. P. 32.1(a)(6); *see also* 18 U.S.C. § 3143(a)(1).

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court determines that the defendant has not met his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community, and finds that the defendant poses a danger to the community. Accordingly, the defendant must be detained pending revocation proceedings.

The present order supplements the Court's findings and order and serves as written findings of fact and a statement of reasons, to the extent required by Title 18, United States Code, Section 3142(i)(1). Specifically, the Court makes the following findings as the bases for its conclusion that the defendant poses a danger to the community:

- The defendant's underlying federal case concerning illegal possession of a firearm and narcotics trafficking arose out of an investigation also involving human trafficking ("pimping"), in which an underage minor girl was found at the defendant's residence along with other contraband during execution of a search warrant;

- As alleged in Charges One and Four of the Form 12, after the defendant was released from federal custody in 2021, he began in 2022 contacting children as young as 12 or 13, sexually abusing them, and videorecording many of his sexual acts with them (producing child sexual abuse material, also known as child pornography);

- This alleged child sexual abuse material remained stored on the defendant's cell phone that investigators seized in November 2024, when the defendant returned from interstate travel from Miami, Florida; and

- As alleged in Charge Two of the Form 12, the defendant continued to engage in other "pimping" activity as of November 2024, and a search of his residence revealed $79,900 in U.S. currency.

These findings are made without prejudice to the defendant's right to seek review of his detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

DATED: December 31, 2024

HONORABLE SALLIE KIM
United States Magistrate Judge