1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  E. WISTAR WILSON (CABN 324705)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Wistar.Wilson@usdoj.gov

9  Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  NO. 3:19-CR-00120-CRB
14                                    )  [FILED MARCH 14, 2019]
           Plaintiff,                 )
15                                    )
        v.                            )
16                                    )
   RICCI LEE WYNNE,                   )
17                                    )
           Defendant.                 )
18                                    )

19
   UNITED STATES OF AMERICA,          )  NO. 3:25-CR-00073-SI
20                                    )  [FILED MARCH 18, 2025]
           Plaintiff,                 )
21                                    )
                                      )  NOTICE OF RELATED CASE IN A CRIMINAL
        v.                            )  ACTION
22                                    )
   RICCI LEE WYNNE,                   )
23                                    )
           Defendant.                 )
24                                    )

25
        The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court
26
   that the two above-captioned criminal cases are related. In the first case, *United States v. Ricci Lee*
27
   *Wynne*, No. 3:19-cr-00120-CRB (N.D. Cal.) ("Case 1"), Defendant Ricci Lee Wynne ("Wynne") was
28

NOTICE OF RELATED CASES
U.S. v. WYNNE

charged on March 14, 2019 with one count of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), and one count of Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Case 1 Dkt. 1. Wynne pleaded guilty to both charges on June 25, 2019 and was sentenced on December 15, 2021 to Time Served and a three-year term of Supervised Release. *Id*. Dkts. 13, 44. On November 26, 2024, a Petition for Warrant for Person Under Supervision ("Form 12") and arrest warrant were issued alleging three violations (Charges One through Three) of the terms of Wynne's Supervised Release. *Id*. Dkt. 53. An Amended Form 12 was issued on December 16, 2024, alleging a fourth violation and adding information in support of Charge One. *Id*. Dkt. 66. That Form 12 matter is pending currently before the Honorable Charles R. Breyer, U.S. District Judge for the Northern District of California.

The second case, *United States v. Ricci Lee Wynne*, No.3:25-cr-00073-SI (N.D. Cal.), filed March 18, 2025, charges Wynne with two counts of Production of Child Pornography in violation of 18 U.S.C. § 2251(a), for conduct on or about April 9, 2022 and October 29, 2022. That conduct either directly underlies or is related to conduct in Charges One and Four of the Amended Form 12, and involves the same victims referenced in those charges.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: March 18, 2025  Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney


 */s/ E. Wistar Wilson*
E. WISTAR WILSON
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. WYNNE