CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICCI LEE WYNNE,<br><br>Defendant. | NOS. 3:25-CR-00073 CRB;<br><br>3:19-CR-00120 CRB (Form 12)<br><br>STIPULATION TO CONTINUE HEARINGS AND EXCLUDE TIME FROM AUGUST 18, 2026, TO NOVEMBER 4, 2026, AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant RICCI LEE WYNNE, that the status hearings scheduled for August 18, 2026 in Case Nos. 3:25-cr-00073 CRB and 3:19-cr-00120 CRB be continued to November 4, 2026, and that time be excluded under the Speedy Trial Act from August 18, 2026, through November 4, 2026 in Case No. 3:25-cr-00073 CRB.

The government and counsel for the defendant agree that the status hearings should be continued and that time should be excluded under the Speedy Trial Act in Case No. 3:25-cr-00073 CRB so that defense counsel can continue to prepare, including by reviewing the discovery already produced and the discovery in the custody of law enforcement, as well as by preparing mitigation information for potential pretrial resolution discussions. For these reasons, the parties stipulate and agree that excluding time in

Case No. 3:25-cr-00073 CRB until November 4, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time in Case No. 3:25-cr-00073 CRB from August 18, 2026, through November 4, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 15, 2026

/s/
E. WISTAR WILSON
Assistant United States Attorney

DATED: August 15, 2026

/s/
GAIL SHIFMAN
Counsel for Defendant RICCI LEE WYNNE

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the August 18, 2026 status hearings in Case Nos. 3:25-cr-00073 CRB and 3:19-cr-00120 CRB should be continued to November 4, 2026, and that failing to exclude the time in Case No. 3:25-cr-00073 CRB from August 18, 2026, through November 4, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time in Case No. 3:25-cr-00073 CRB from August 18, 2026, to November 4, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearings in Case Nos. 3:25-cr-00073 CRB and 3:19-cr-00120 CRB shall be continued to November 4, 2026, and that time from August 18, 2026, through November 4, 2026, shall be excluded from computation under the Speedy Trial Act in Case No. 3:25-cr-00073 CRB. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

, 2026

DATE: August 18, 2026

CHARLES R. BREYER
United States District Judge