GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
RICCI WYNNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICCI WYNNE,<br><br>Defendant. | Case No. CR 25-00073 CRB<br><br>Case No. CR 19-00120 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Ricci Wynne that the status hearing scheduled for November 4, 2026 shall be continued until January 6, 2027 at 10:00 a.m., and that time be excluded under the Speedy Trial Act from November 4, 2026 through January 6, 2027 based upon effective preparation of counsel, for the reason that time is needed for the defense to review discovery and engage in pretrial investigation and preparation.

IT IS SO STIPULATED.

Dated: November 2, 2026

*/s/ Gail Shifman*

Gail Shifman
Attorney for Defendant
RICCI WYNNE

Dated: November 2, 2026 */s/ E. Wistar Wilson*

E. Wistar Wilson
Assistant U.S. Attorney

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 4, 2026 through January 6, 2027 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 4, 2026, through January 6, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, the time from November 4, 2026, through January 6, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The status hearing scheduled for November 4, 2026, is continued until January 6, 2027, for status. The Supervised release violation hearing shall also be continued until January 6, 2027, at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 3, 2026

HON. CHARLES R. BREYER
Senior United States District Judge